NOT FOR PUBLICATION

**FILED**

FEB 26 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROSA AMELIA URIBE BEDOYA, | No. 07-72825 |
| Petitioner, | Agency No. A070-962-709 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM [*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 16, 2010 [**]

Before:     FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

Rosa Amelia Uribe-Bedoya, a native and citizen of Columbia, petitions pro

se for review of the Board of Immigration Appeals' order denying her application

for cancellation of removal.  We have jurisdiction pursuant to 8 U.S.C. § 1252.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

JT/Research

We review de novo questions of law. *Aguilar Gonzales v. Mukasey*, 534 F.3d 1204, 1208 (9th Cir. 2008). We deny the petition for review.

Contrary to her contention, the agency did not deny Uribe-Bedoya's cancellation application on the basis of her expunged 1997 conviction. Uribe-Bedoya has waived any challenge to the agency's conclusion that her three 2001 convictions were crimes involving moral turpitude which precluded her from demonstrating good moral character and rendered her ineligible for cancellation of removal. *See Martinez-Serrano v. INS*, 94 F.3d 1256-1259-60 (9th Cir. 1996).

We therefore need not reach Uribe-Bedoya's remaining contentions concerning hardship and continuous physical presence.

**PETITION FOR REVIEW DENIED.**